UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINE R. JODWAY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> CAROLYN W. COLVIN,  )<br> Acting Commissioner of Social Security,  )<br>  )<br>  Defendant.  )<br> _____ ) | CASE NO. C12-5981-RSL<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 18.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation; and

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 7th day of May, 2013.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Judge

ORDER OF REMAND
PAGE -1